```
 1  Philip L. Pillsbury, Jr.   (CA State Bar No. 072261)
    Richard D. Shively        (CA State Bar No. 104895)
 2  Jill N. Cartwright         (CA State Bar No. 209479)
    PILLSBURY & LEVINSON, LLP
 3  600 Montgomery Street, 31st Floor
    San Francisco, California 94111
 4  Telephone: (415) 433-8000
 5  Facsimile: (415) 433-4816
    E-mail: ppillsbury@pillsburylevinson.com
 6          rshively@pillsburylevinson.com
 7          jcartwright@pillsburylevinson.com
 8
 9  Attorneys for Plaintiff
    PACIFIC COAST BUILDING PRODUCTS, INC.
10
```

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC., | CASE NO. C 05-04976 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |
| v. | |
| AIU INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Pacific Coast Building Products, Inc. and defendant AIU Insurance Company ("Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. The Court has referred the above-referenced matter to ADR, and the parties have stipulated to early neutral evaluation ("ENE").

2. On May 25, 2006, the Court assigned Robert A. Goodin to serve as the evaluator for this case.

---

STIPULATION AND [PROPOSED] ORDER   1   Case No. C 05-04976 PJH

1  2. A.D.R. Local Rule 5 governs the ENE program. A.D.R. Local Rule 5-5 specifies that the evaluator will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the Court Order referring this action to ENE. That deadline is presently August 9, 2006.

3. Due to a conflict of schedule, Mr. Goodin requests that the parties stipulate to extend the deadline to complete ENE from August 9, 2006 to September 30, 2006.

4. The parties stipulate and agree to extend the deadline to complete ENE to September 30, 2006.

DATED: July 31, 2006            PILLSBURY & LEVINSON, LLP


By_____/s/_____
　　Richard D. Shively
　　Attorneys for Plaintiff
　　PACIFIC COAST BUILDING PRODUCTS, INC.


MCCURDY & FULLER LLP


By_____/s/_____
　　Kevin G. McCurdy
　　Attorneys for Defendant
　　AIU INSURANCE COMPANY

IT IS SO ORDERED.

DATED: August 14, 2006

_____
The Honorable Phyllis J. Hamilton

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

---

STIPULATION AND [PROPOSED] ORDER                        Case No. C 05-04976 PJH