Philip L. Pillsbury, Jr.   (CA State Bar No. 072261)
Richard D. Shively      (CA State Bar No. 104895)
Jill N. Cartwright       (CA State Bar No. 209479)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
    rshively@pillsburylevinson.com
    jcartwright@pillsburylevinson.com

Attorneys for Plaintiff
PACIFIC COAST BUILDING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIU INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO.  C 05-04976 PJH <br><br> ORDER DENYING <br> ~~STIPULATION AND [PROPOSED]~~ <br> ~~ORDER REGARDING~~ EXTENSION <br> OF DEADLINE TO COMPLETE <br> EARLY NEUTRAL EVALUATION |

Plaintiff Pacific Coast Building Products, Inc. and defendant AIU Insurance Company ("the Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1.   The Court has referred the above-referenced matter to ADR, and the Parties have stipulated to early neutral evaluation ("ENE").

2.   On May 25, 2006, the Court assigned Robert A. Goodin to serve as the evaluator for this case.

---

2. A.D.R. Local Rule 5 governs the ENE program. A.D.R. Local Rule 5-5 specifies that the evaluator will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the Court Order referring this action to ENE. That deadline is presently September 30, 2006.

3. The Parties have filed cross-motions for summary judgment, and those motions are set for hearing on October 10, 2006 before the Honorable Phyllis J. Hamilton.

4. The Parties and Mr. Goodin have conferred and agree that it would be more efficient to await the Court's ruling on the Parties' respective cross-motions, as that ruling may resolve or refine legal issues in this case, before conducting the ENE.

5. Accordingly, the Parties stipulate and agree to extend the deadline to complete ENE to sixty (60) days following the Court's ruling on the Parties' cross-motions for summary judgment.

DATED: September 5, 2006

PILLSBURY & LEVINSON, LLP

By _____
Richard D. Shively
Attorneys for Plaintiff
PACIFIC COAST BUILDING PRODUCTS, INC.

MCCURDY & FULLER LLP

By _____
Kevin G. McCurdy
Attorneys for Defendant
AIU INSURANCE COMPANY

IT IS SO ORDERED.

DATED: September 12, 2006

_____
The Honorable
Judge Phyllis J. Hamilton

**DENIED**

STIPULATION AND [PROPOSED] ORDER                2                Case No. C 05-04976 PJH