```
Philip L. Pillsbury, Jr.   (CA State Bar No. 072261)
Richard D. Shively        (CA State Bar No. 104895)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
E-mail: ppillsbury@pillsburylevinson.com
        rshively@pillsburylevinson.com

Attorneys for Plaintiff
PACIFIC COAST BUILDING PRODUCTS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST BUILDING PRODUCTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AIU INSURANCE COMPANY, a New York corporation, et al.,<br><br>    Defendants. | CASE NO.: C 05-04976 PJH<br><br>**STIPULATION AND ORDER DISMISSING WITHOUT PREJUDICE THE THIRD CAUSE OF ACTION IN PACIFIC COAST'S SECOND AMENDED COMPLAINT** |

**STIPULATION:**   The undersigned counsel for plaintiff Pacific Coast Building Products, Inc. ("Pacific Coast") and defendant AIU Insurance Company ("AIU) stipulate as follows.

On October 31, 2006, the Court issued an order granting AIU's motion for partial summary judgment and denying Pacific Coast's motion for partial summary judgment. The Court granted AIU's motion, which sought summary judgment in favor of AIU as to the First and Second Causes of Action (both for breach of insurance contract) asserted in Pacific Coast's Second Amended Complaint. As a result of the Court's order Pacific Coast cannot proceed and/or prevail on its Third Cause of Action -- for breach of the implied covenant of good faith and fair dealing, which is predicated on a breach of the insurance contract -- unless and until the Court's order is reversed on appeal. Thus, there is no practical

1  reason for Pacific Coast to continue to pursue the Third Cause of Action at this time.

2  Therefore, Pacific Coast and AIU stipulate that the Third Cause of Action may be dismissed
3  without prejudice.

4  DATED: December 11, 2006         PILLSBURY & LEVINSON, LLP

6  By _____
7  Richard D. Shively
   Attorneys for Plaintiff
8  PACIFIC COAST BUILDING PRODUCTS, INC.

10 DATED: December ___, 2006        MCCURDY & FULLER LLP

12 By _____
13 Kevin G. McCurdy
   Attorneys for Defendant
14 AIU INSURANCE COMPANY

16 **ORDER:**   For the reasons set forth in the parties' stipulation above, the Court orders that the Third
17 Cause of Action in Pacific Coast's Second Amended Complaint is hereby dismissed without prejudice.

20 DATED: December ___, 2006        _____
                                    The Honorable Phyllis J. Hamilton
21                                  UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

reason for Pacific Coast to continue to pursue the Third Cause of Action at this time.

Therefore, Pacific Coast and AIU stipulate that the Third Cause of Action may be dismissed without prejudice.

DATED: December ___, 2006     PILLSBURY & LEVINSON, LLP


By _____
Richard D. Shively
Attorneys for Plaintiff
PACIFIC COAST BUILDING PRODUCTS, INC.


DATED: December 9, 2006     MCCURDY & FULLER LLP


By *Kevin D. McCurdy* (signature)
Kevin G. McCurdy
Attorneys for Defendant
AIU INSURANCE COMPANY


**ORDER:**   For the reasons set forth in the parties' stipulation above, the Court orders that the Third Cause of Action in Pacific Coast's Second Amended Complaint is hereby dismissed without prejudice.

DATED: December 13, 2006

IT IS SO ORDERED
(signature)
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION AND ORDER DISMISSING BAD FAITH CLAIM                    2                    Case No. C 05-04976 PJH